**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-60565
Summary Calendar

HRATCH TCHERKEZIAN,

Petitioner,

VERSUS

JOHN ASHCROFT, UNITED STATES ATTORNEY GENERAL,

Respondent.

On Petition for Review of an Order of the Board
of Immigration Appeals
A29 271 535

April 23, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Petitioner challenges the BIA's denial of his application for asylum, withholding, and deferral of removal. Following a hearing, the Immigration Judge found that the Petitioner failed to meet his burden of establishing well-founded fear of persecution based on a statutorily protected ground. The BIA agreed and affirmed the Immigration Judge's Order.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After reviewing the record, we are satisfied that the BIA's order is supported by the record.  For reasons assigned in the BIA's July 14, 2000 Order, the petition for review is denied.

PETITION DENIED.